IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT BOEHM,

    Plaintiff,

v.

RICHARD MONCHER,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-600-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Richard Moncher granting his motion to dismiss and dismissing this case.

/s/                                                           5/11/2017

Peter Oppeneer, Clerk of Court                     Date